**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Irineo ESPINO–REYES, Defendant–**
**Appellant.**

**No. 07–40584**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 21, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before KING, DAVIS and CLEMENT, Circuit Judges.

PER CURIAM: *

Irineo Espino–Reyes (Espino) pleaded guilty in 2002 to illegally reentering the United States following deportation subsequent to an aggravated felony conviction, in violation of 8 U.S.C. § 1326(a) and (b),

---

and he was sentenced to 37 months of imprisonment, to be followed by three years of supervised release. In 2007, Espino pleaded guilty to violating the conditions of his supervised release by illegally reentering the United States again. Solely on the basis of that violation, Espino's supervised release was revoked, and he was sentenced to six months of imprisonment, to run consecutively to the sentence for his second illegal reentry conviction.

The written judgment also listed a second violation as the basis of the revocation of Espino's supervised release. Both Espino and the Government request that his case be remanded for the limited purpose of correcting this clerical error. We remand for the limited purpose of correcting the judgment to reflect that Espino violated the terms of his supervised release by illegally reentering the United States. *See* FED.R.CRIM.P. 36.

AFFIRMED; REMANDED FOR THE LIMITED PURPOSE OF CORRECTING CLERICAL ERROR IN JUDGMENT.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.